**BAKER & HOSTETLER LLP**
Heather J. McDonald (HM 3320)
Robertson D. Beckerlegge (RB 1829)
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Attorneys for Plaintiff
Deckers Outdoor Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>VARIOUS JOHN DOES; JANE DOES;<br>and XYZ COMPANIES,<br><br>Defendants. | CIVIL ACTION NO.<br>10 CV 8447 |

## DECLARATION OF KEVIN DOUGHERTY

I, Kevin Dougherty, under penalty of perjury, declare as follows:

1. I am not a party to this action and am over 18 years of age.

2. I am the president of Counter-Tech Investigations, Inc., a licensed and bonded private investigative agency located in New York, NY.

3. I served a copy of the Summons, Complaint, and Declaration of Heather J. McDonald in Support of Supplemental Temporary Restraining Order and Seizure Order signed by Judge Thomas P. Griesa, upon the following defendants all located in New York, NY:

**November 18, 2010:**
1810 Southern Boulevard, Rooms 1155, 1075, 1073, 1029, 1033 and 1035

**November 18, 2010:**
109 West 27th Street, 5th Floor
251-253 Fifth Avenue
134 West 29th Street
16 East 30th Street

**December 15, 2010:**
135 West 30th Street

**December 20, 2010:**
251-253 Fifth Avenue
296 Fifth Avenue
385 Canal Street

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of March, 2011 in New York, New York.

_____
KEVIN DOUGHERTY

503264747.1